# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

Print

IN THE MATTER OF THE APPLICATION OF

Marc E. Dann
(Name)

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

TO THE HONORABLE Frank P. Gerzci, Jr. JUDGE OF THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NEW YORK:

Marc E. Dann petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at:

Cleveland, Ohio

2. That petitioner attended the following educational institutions and received the following degrees:

Juris Doctorate, Case Western Reserve University (1987)
AB in History, University of Michigan (1984)

3. Please complete either (a), (b) or ( c).

### Admission by Petition

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of New York on the _____ day of _____.

Additional Requirements:
Admission Sponsoring Affidavit
Attorney's Oath
Civility Principles Oath
Attorney Database Form
Attorney CM/ECF Registration Form
*If the attorney or the firm with which the attorney is associated with maintains an office in this District, a required pro bono service form

### Admission by Certificate of Good Standing

(b) That petitioner was admitted to practice in the United States District Court of the _____ District of New York on the _____ day of _____ and is a member of the bar of the State in which that district court is located and in which the petitioner maintains an office for the practice of law.

Additional Requirements:
Certificate of Good Standing from the Clerk of Court of which he or she is a member (dated no earlier than six months prior to admission to this Court)
Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees
Attorney's Oath
Civility Principles Oath
Attorney Database Form
Attorney CM/ECF Registration Form
*If the attorney or the firm with which the attorney is associated with maintains an office in this District, a required pro bono service form

### Pro Hac Vice Admission

(c) That petitioner is admitted to practice in the State of Ohio

Additional Requirements:
Motion to Appear Pro Hac Vice
Check, Money Order or payment of fee on line in the amount of the Pro Hac Fee set forth in the District Court Schedule of Fees
Admission Petition Form
Admission Sponsor Affidavit
Attorney's Oath
Civility Principles Oath
Attorney Database Form
Attorney CM/ECF Registration Form   - Petitioner has CM/ECF Registration

4. Petitioner is admitted to the following courts.

Ohio Supreme Court, 6th Circuit COA, Northern & Southern Districts of Ohio, ND of IL, ND of IN; Pro Hac Vice - ND of GA, SD and MD of FL, WD of NY, NV, OR, NE, NJ

5. Since such admission(s), petitioner has practiced in the following courts:

Ohio, Illinois, Indiana, GA, FL, NY, NJ, OR, NE, NV

and has been involved in the following professional activities:

Former Ohio Attorney General, former Ohio State Senator, ABA, Ohio State Bar Assn.

6. That petitioner or the petitioner's client (in a case in which the applicant represented the client) has never been held in contempt of court, sanctioned, censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary committee of the organized bar, nor is the subject of any pending complaint before any court. (If number 6 is not true, the applicant shall strike that paragraph and shall file a separate confidential statement under seal specifying the court or disciplinary committee imposing the sanction, the date, the facts giving rise to the disciplinary action or complaint, the sanction imposed, and such other information, including any facts of a mitigating or exculpatory nature as may be pertinent, and such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review.)

7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code that pertain to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York and the New York Rules of Professional Conduct (22 NYCRR Part 1200).

**WHEREFORE**, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

I verify under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Petitioner)

Sworn to before me this 16th day of June, 2017

_____
Notary Public, Sarah Wilk

SARAH WILK
NOTARY PUBLIC
FOR THE
STATE OF OHIO
My Commission Expires
January 21, 2020

(Revised 2017)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

James Ashman,

               Plaintiff,

     V.

HSBC Bank USA, N.A.,

              Defendant.

CASE NO. 6:17-cv-6313

## NOTICE OF MOTION

To: All Interested Parties

    **PLEASE TAKE NOTICE** that on June *16*, 2017, the undersigned has filed a Verified Application for Admission Pro Hac Vice in the above captioned case.

                       Respectfully submitted,

                       */s/ Marc E. Dann*
                       Marc E. Dann (0039425)
                       The Dann Law Firm
                       P.O. Box 6031040
                       Cleveland, OH 44103
                       Phone: (216) 373-0539
                       Facsimile: (216) 373-0536
                       notices@dannlaw.com

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## APPENDIX TO CIVILITY PRINCIPLES

### OATH OF OFFICE

I do solemnly swear (or affirm):

I will support the Constitution of the United States and the Constitution of the State of New York;

I will maintain the respect due to Courts of Justice and judicial officers;

I will not counsel or maintain any suit or proceeding which shall appear to me to be unjust nor any defense except such as I believe to be honestly debatable under the law of the land;

I will employ for the purpose of maintaining the causes confided to me such means only as are consistent with truth and honor and will never seek to mislead the judge or jury by an artifice or false statement of fact or law;

I will maintain the confidence and preserve inviolate the secrets of my client and will accept no compensation in connection with his business except from him or with his knowledge and approval;

I will abstain from all offensive personality and advance no fact prejudicial to the honor or reputation of a party or witness unless required by the justice of the cause with which I am charged;

I will in all other respects conduct myself personally and professionally in conformity with the high standards of conduct imposed on members of the bar as conditions for the privilege to practice law in this State and before this Court.

# THE DANN LAW FIRM CO., LPA

### LAW OFFICE

January 14, 2016

USDC Western District of New York
ATTN: Admissions Office

*Re:   Application for Admission by Marc E. Dann*

To Whom It May Concern:

In 2006 I was elected Ohio Attorney General. I started my term in January 2007 and in May 2008 I resigned from office. I was charged with misdemeanor ethics violations for conduct while acting as Attorney General. The charges were resolved via plea agreement with me being fined and given community service all of which was completed.

I self-referred the criminal complaint to Office of the Disciplinary Counsel for the State of Ohio. The Ohio Supreme Court reprimanded me by imposing a 6 month suspension. I accepted responsibility for my actions and served this 6 month suspension from November 2012 to May 2013. I complied with all terms of the suspension and any other sanctions imposed by the Ohio Supreme Court. In May 2013 I submitted all of the requisite documentation and was brought back to active status in June 2013.

Since that time I have had no further disciplinary action.

Attached are pertinent documents from the Supreme Court public record file which include the public records opinion, order of suspension, reinstatement order, etc. For further information, you can contact Office of Disciplinary Counsel, 250 Civic Center Drive, Ste. 325, Columbus, Ohio 43215-7411, Business Hours: 8 a.m. - 5 p.m., Phone: 614.461.0256, Toll Free: 800.589.5256, Fax: 614.461.7205 and Disciplinary Counsel is Scott Drexel

P.O. Box 6031040
Cleveland, OH 44163
216-373-0539
216-373-0536/Fax



IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

James Ashman,

           Plaintiff,

     v.

HSBC Bank USA, N.A.,

           Defendant.

CASE NO. 6:17-cv-6313

## VERIFIED APPLICATION OF MARC E. DANN
## FOR ADMISSION *PRO HAC VICE*

I, Marc E. Dann, respectfully request admission, *pro hac vice*, in the State of New York for purposes of this case only, and represent the following:

1.    I currently reside at 1088 Summit Avenue, Lakewood, Ohio. My business address is The Dann Law Firm, 4600 Prospect Avenue, Cleveland, OH 44103. The mailing address for the firm is P.O. Box 6031040, Cleveland, OH 44103.

2.    I make this application for the purpose of representing the Plaintiff, James Ashman. Plaintiff's address and phone may be obtained through local counsel, Brian R. Goodwin of Goodwin Law Firm.

3.    Since November of 1987, I have been and presently am a member in good standing of the bar of the State of Ohio where I regularly practice law. I have attached a recent certificate of good standing.

1

4.    I am a Member in good standing of the following Courts:

**Ohio Supreme Court**
Admission – November 1987
65 South Front Street
Columbus, OH 43215
614/387-9000

**United State Court of Appeals, 6th Circuit**
Admission – April 1991
US Potter Stewart Courthouse
1000 East 5th Street
Cincinnati, OH 45202
513/564-7000

**United States District Court – Northern District of Ohio**
Admission – October 1991
801 West Superior Avenue
Cleveland, OH 44113
216/357-7000

**United States District Court – Southern District of Ohio**
Admission – March 2006
85 Marconi Blvd
Columbus, OH 43215
614/719-3000

5.    I am also admitted in the following Courts:

a. United States Bankruptcy Court - Northern District of Ohio (October 8, 1991).

b. United States Bankruptcy Court - Southern District of Ohio (March 28, 2016).

2

    c. United States District Court - Northern District of Illinois (2015).

    d. United States District Court - Northern District of Indiana (2016).

6.    I am currently admitted *pro hac vice* in the following Courts:

    a. Circuit Court of Cook County, Illinois (Chancery Division) for the matter known as *Deutsche Bank vs. Gina Cantave*, Case #2013-CH-19328.

    b. USDC – Southern District of Florida for the matter known as *Timothy Willson vs. Bank of America, NA*, Case #15-CV-14303.

    c. USDC – Middle District of Florida for the matter known as *Beverly Bennett vs. Bank of America, NA*, Case #16-CV-278

    d. USDC – Western District of New York for the matter known as *Peter Bravo vs. Specialized Loan Servicing*, Case #6:16-cv-06344-EAW (WDNY).

    e. USDC – Northern District of Georgia for the matter known as *Jacinta Williams vs. Specialized Loan Servicing*, Case #16-CV-638.

    f. USDC – Nevada for the matter known as *Sakorn Sumedhatip v. Bayview Loan Servicing, LLC*, Case #16-CV-970.

    g. USDC – Oregon for the matter known as *Anna Nguyen v. Madison Management Services, LLC, et. al.*, Case # 16-CV-263.

    h. USDC – Northern District of Georgia for the matter known as Gerald Nash vs. Seterus, et. al., Case #16-CV-1793.

    i. USDC – Nebraska for the matter known as *Charles Cassidy, et. al. vs. Ditech Financial, LLC, et. al.*, Case # 16-CV-373.

j.  USDC – Nevada for the matter known as *Murray Ford, et. al. vs. Nationstar Mortgage, LLC,* Case #16-CV-344.

k.  USDC – New Jersey for the matter known as *Puche and Arismendy vs. Wells Fargo, N.A. d/b/a America's Servicing Company* (Case No. 2:16-cv-05195-WHW).

l.  USDC – New Jersey for the matter known as *Ebner vs. Statebridge Company, LLC, et al.* (Case No. 3:16-cv-08855-BRM-DEA) (pending 06/2017).

7.  I currently have no formal pending disciplinary proceedings against me. I have had disciplinary action in the past and have attached a copy of the Ohio Supreme Court's certificate of good standing with the disciplinary action.

8.  I have not been formally held in contempt or otherwise sanctioned by any court in a written order for disobedience to its rules and orders.

9.  I verify that I am familiar with the provisions of the New York Rules of Professional Conduct, local court rules and court procedures of this Court and I understand and agree that I will be bound by them in all proceedings before this Court in this case.

10.  Local counsel of record associated with applicant in this case is:

Brian R. Goodwin
Goodwin Law Firm
One East Main Street
Tenth Floor
Rochester, NY 14614

4

11.   I have special expertise in mortgage servicing, foreclosure defense and RESPA litigation and have extensive knowledge of the systems, processes, and procedures used by the Defendant in this case including the software systems and programs used by the Defendant herein. In addition, I have familiarity with the Defendant's prior history involving conduct similar to the conduct alleged in this case. I am recognized nationally as a consumer law attorney. I teach litigation strategy and technique to consumer attorneys through CLE programs.

12.   I respectfully request to be admitted to practice in the above named court for this case only.

I declare under the penalty of perjury under the laws of the United State of America that the foregoing is true and accurate.

Executed on June 9, 2017.

Respectfully submitted,

Marc E. Dann (0039425)
The Dann Law Firm
P.O. Box 6031040
Cleveland, OH  44103
Phone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com

5

State of Ohio          )
                                   )    : SS
County of Cuyahoga    )          VERIFICATION

I, Marc E. Dann, do hereby swear or affirm under penalty of perjury that I am the applicant in the above styled matter; that I have read the foregoing application and know the contents thereof; and that the contents are true of my own knowledge, except at to those matters stated on information and belief, and that as to those matters I believe them to be true.

Marc E. Dann (0039425)

Subscribed & sworn to before me on June 9, 2017.

Sarah Wilk

(Notary Public's Printed Name)
Notary Public – Ohio
My Commission Exp. January 21, 2020

**SARAH WILK**
NOTARY PUBLIC
FOR THE
STATE OF OHIO
My Commission Expires
January 21, 2020

6

## Court Admissions

| | |
|---|---|
| Ohio Supreme Court | November 1987 |
| USDC - Northern District of Ohio | October 1991 |
| USDC - Southern District of Ohio | March 2006 |
| US Bankruptcy Court Northern District of Ohio | October 8, 1991 |
| US Bankruptcy Court Southern District of Ohio | March 28, 2010 |
| USDC - Northern District of Illinois | 2015 |
| USDC - Northern District of Indiana | 2016 |
| Sixth Circuit Court of Appeals | April 1991 |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## ATTORNEY'S OATH

STATE OF ___OHIO___ )
                                         ) SS:
___CUYAHOGA___ COUNTY )

I, ___Marc E. Dann___ of ___Lakewood, Ohio___
                                                                        City, State
do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United

States District Court for the Western District of New York, uprightly and accordingly to law; and I will

support the Constitution of the United States. So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this ___16th___
day of ___June___, 2017.

_____
Notary Public, ___Sarah Wilk___



**SARAH WILK**
NOTARY PUBLIC
FOR THE
STATE OF OHIO
My Commission Expires
January 21, 2020

Rev. 2/2000

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Marc E. Dann

(Name)

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING
AFFIDAVIT

STATE OF NEW YORK    }
                     } ss:
COUNTY OF            }

Brian R. Goodwin, Esq. _____ , being duly sworn deposes and says:

1. I reside at:

87 Virginia Road, Buffalo, NY 14225

and maintain an office for the practice of law at: One East Main Street, Tenth Floor, Rochester, NY 14614

2. I am an attorney at law, admitted to practice in the State of New York, Federal Western District of New York, Commonwealth of Massachusetts and Federal District of Massachusetts _____ . I was admitted to practice in the United States District Court for the

Western District of New York on the  20th  day of  May , 2013 .

3. I have known the petitioner since  2013  and under the following

circumstances:

I have known the petitioner by reputation from his work in the consumer protection field, and through association with a number of associates. Our firm has often worked with and been in consultation with petitioner, and petitioner is associated with our firm on Bravo v. Specialized Loan Servicing (Case No. 16-cv-6344).

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: The petitioner

is a staunch consumer advocate whom I believe to be of good moral character and fitness. I am confident working with the petition that the best interests of the consumers of New York will be furthered. Many of my colleagues are in agreement on this point.

SANDRA ZAFFRAN
Notary Public, State of New York
Qualified in Erie County
Reg. No. 01ZA6355571
My Commission Expires 03/13/2021

_____
Signature of Sponsoring Attorney

ZAFFRAN
State of New York
Erie County
1ZA6355571
es 03/13/2021

Sworn to before me this 14th day of June 2017

_____

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

James Ashman,

Plaintiff,

v.

HSBC Bank USA, N.A.,

Defendant.

CASE NO. 6:17-cv-6313

## VERIFIED APPLICATION OF MARC E. DANN
## FOR ADMISSION *PRO HAC VICE*

I, Marc E. Dann, respectfully request admission, *pro hac vice*, in the State of New York for purposes of this case only, and represent the following:

1.    I currently reside at 1088 Summit Avenue, Lakewood, Ohio. My business address is The Dann Law Firm, 4600 Prospect Avenue, Cleveland, OH 44103.   The mailing address for the firm is P.O. Box 6031040, Cleveland, OH 44103.

2.    I make this application for the purpose of representing the Plaintiff, James Ashman.   Plaintiff's address and phone may be obtained through local counsel, Brian R. Goodwin of Goodwin Law Firm.

3.    Since November of 1987, I have been and presently am a member in good standing of the bar of the State of Ohio where I regularly practice law. I have attached a recent certificate of good standing.

4.    I am a Member in good standing of the following Courts:

1

**Ohio Supreme Court**
Admission – November 1987
65 South Front Street
Columbus, OH 43215
614/387-9000

**United State Court of Appeals, 6th Circuit**
Admission – April 1991
US Potter Stewart Courthouse
1000 East 5th Street
Cincinnati, OH 45202
513/564-7000

**United States District Court – Northern District of Ohio**
Admission – October 1991
801 West Superior Avenue
Cleveland, OH 44113
216/357-7000

**United States District Court – Southern District of Ohio**
Admission – March 2006
85 Marconi Blvd
Columbus, OH 43215
614/719-3000

5.    I am also admitted in the following Courts:

a. United States Bankruptcy Court - Northern District of Ohio
(October 8, 1991).

b. United States Bankruptcy Court - Southern District of Ohio (March
28, 2016).

c. United States District Court - Northern District of Illinois (2015).

d. United States District Court - Northern District of Indiana (2016).

6.    I am currently admitted *pro hac vice* in the following Courts:

2

a.   Circuit Court of Cook County, Illinois (Chancery Division) for the matter known as *Deutsche Bank vs. Gina Cantave*, Case #2013-CH-19328.

b.   USDC – Southern District of Florida for the matter known as *Timothy Willson vs. Bank of America, NA*, Case #15-CV-14303.

c.   USDC – Middle District of Florida for the matter known as *Beverly Bennett vs. Bank of America, NA*, Case #16-CV-278

d.   USDC – Western District of New York for the matter known as *Peter Bravo vs. Specialized Loan Servicing*, Case #6:16-cv-06344-EAW (WDNY).

e.   USDC – Northern District of Georgia for the matter known as *Jacinta Williams vs. Specialized Loan Servicing*, Case #16-CV-638.

f.   USDC – Nevada for the matter known as *Sakorn Sumedhatip v. Bayview Loan Servicing, LLC*, Case #16-CV-970.

g.   USDC – Oregon for the matter known as *Anna Nguyen v. Madison Management Services, LLC, et. al.*, Case # 16-CV-263.

h.   USDC – Northern District of Georgia for the matter known as Gerald Nash vs. Seterus, et. al., Case #16-CV-1793.

i.   USDC – Nebraska for the matter known as *Charles Cassidy, et. al. vs. Ditech Financial, LLC, et. al.*, Case # 16-CV-373.

j.   USDC – Nevada for the matter known as *Murray Ford, et. al. vs. Nationstar Mortgage, LLC*, Case #16-CV-344.

k.   USDC - New Jersey for the matter known as *Puche and Arismendy vs. Wells Fargo, N.A., d/b/a America's Servicing Company* (Case No. 2:16-cv-05195-WHW).

l.   USDC - New Jersey for the matter known as *Ebner vs. Statebridge Company, LLC, et al.* (Case No. 3:16-cv-08855-BRM-DEA) (pending 06/2017).

7.    I currently have no formal pending disciplinary proceedings against me. I have had disciplinary action in the past and have attached a copy of the Ohio Supreme Court's certificate of good standing with the disciplinary action.

8.    I have not been formally held in contempt or otherwise sanctioned by any court in a written order for disobedience to its rules and orders.

9.    I verify that I am familiar with the provisions of the New York Rules of Professional Conduct, local court rules and court procedures of this Court and I understand and agree that I will be bound by them in all proceedings before this Court in this case.

10.   Local counsel of record associated with applicant in this case is:

> Brian R. Goodwin
> Goodwin Law Firm
> One East Main Street
> Tenth Floor
> Rochester, NY 14614

11.   I have special expertise in mortgage servicing, foreclosure defense and RESPA litigation and have extensive knowledge of the systems, processes, and procedures used by the Defendant in this case including the software systems and programs used by the Defendant herein. In addition, I have familiarity with the Defendant's prior history involving conduct similar to the conduct alleged in this case. I am

4

recognized nationally as a consumer law attorney. I teach litigation strategy and technique to consumer attorneys through CLE programs.

12.    I respectfully request to be admitted to practice in the above named court for this case only.

I declare under the penalty of perjury under the laws of the United State of America that the foregoing is true and accurate.

Executed on 6/16/2017.

Respectfully submitted,

Marc E. Dann (0039425)
The Dann Law Firm
P.O. Box 6031040
Cleveland, OH  44103
Phone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com

State of Ohio                        )
                                     )   : SS
                                     )              VERIFICATION
County of Cuyahoga                   )

I, Marc E. Dann, do hereby swear or affirm under penalty of perjury that I am the applicant in the above styled matter; that I have read the foregoing application and know the contents thereof; and that the contents are true of my own knowledge, except at to those matters stated on information and belief, and that as to those matters I believe them to be true.

_____
Marc E. Dann (0039425)

Subscribed & sworn to before me on 6/16/2017.

_____

_____
(Notary Public's Printed Name)
Notary Public – Ohio
My Commission Exp. _____

SARAH WILK
NOTARY PUBLIC
FOR THE
STATE OF OHIO
My Commission Expires
January 21, 2020

6

## Court Admissions

| | |
|---|---|
| Ohio Supreme Court | November 1987 |
| USDC - Northern District of Ohio | October 1991 |
| USDC - Southern District of Ohio | March 2006 |
| US Bankruptcy Court Northern District of Ohio | October 8, 1991 |
| US Bankruptcy Court Southern District of Ohio | March 28, 2016 |
| USDC - Northern District of Illinois | 2015 |
| USDC - Northern District of Indiana | 2016 |
| Sixth Circuit Court of Appeals | April 1991 |

# The Supreme Court of Ohio

## OFFICE OF ATTORNEY SERVICES
### 65 SOUTH FRONT STREET, COLUMBUS, OH 43215-3431

CHIEF JUSTICE
MAUREEN O'CONNOR

DIRECTOR
SUSAN B. CHRISTOFF

JUSTICES
PAUL E. PFEIFER
TERRENCE O'DONNELL
JUDITH ANN LANZINGER
SHARON L. KENNEDY
JUDITH L. FRENCH
WILLIAM M. O'NEILL

TELEPHONE 614.387.9317
FACSIMILE 614.387.9358
www.supremecourt.ohio.gov

July 19, 2016

Dear Sir or Madam:

Enclosed please find the certificate(s) you requested.  Please note that, regarding certificates of good standing with disciplinary history, we can only verify whether the Board of Professional Conduct ("Board") has ever filed a report with the Supreme Court of Ohio recommending that the Court discipline an attorney pursuant to Rule V of the Supreme Court Rules for the Government of the Bar of Ohio ("Disciplinary Procedure"), whether any disciplinary matter was or currently is pending before the Court against an attorney pursuant to Gov. Bar R. V; whether the Court has ever imposed a disciplinary sanction against an attorney pursuant to Gov. Bar R. V; or whether an attorney has been subject to sanction or suspension under Gov. Bar R. VI ("Registration of Attorneys") or Gov. Bar R. X ("Continuing Legal Education").

For verification about possible disciplinary cases that may be pending against an attorney before the Board but that have not been filed with the Supreme Court, you should contact the Board at 65 South Front Street, Fifth Floor, Columbus, Ohio, 43215-3431, telephone 614.387.9370.  Also note that grievances against attorneys are initially filed with either the Office of Disciplinary Counsel (250 Civic Center Drive, Suite 325, Columbus, Ohio, 43215-5454, telephone 614.461.0256) or a bar association certified grievance committee.  You should contact these entities separately for verification of whether any grievances have been filed against an attorney.  If you have any questions, do not hesitate to contact me at 614.387.9318.

Very truly yours,

Minerva B. Elizaga
Senior Attorney Services Counsel

# The Supreme Court of Ohio

### CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Attorney Services Division of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio, **Marc Edward Dann** was admitted to the practice of law in Ohio on **November 16, 1987**; has registered as an **active** attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

I further certify that the records of the Clerk's Office of the Supreme Court of Ohio indicate that on March 3, 2004, in *Mahoning County Bar Association v. Marc Dann*, Supreme Court Case No. 2003-1514, the Supreme Court of Ohio publicly reprimanded Marc Edward Dann.

I further certify that the records of the Clerk's Office of the Supreme Court of Ohio indicate that on November 20, 2012, in *Disciplinary Counsel v. Marc Edward Dann*, Supreme Court Case No. 2011-2026, this Court suspended Mr. Dann from the practice of law in Ohio for a period of six months. I further certify that the records of the Clerk's Office indicate that on May 21, 2013, Mr. Dann filed an application for reinstatement and that on June 11, 2013, he was reinstated to the practice of law in Ohio.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 1st day of August, 2016.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

Minerva B. Elizaga
Minerva B. Elizaga
Senior Attorney Services Counsel

# The Supreme Court of Ohio

### CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Marc Edward Dann

was admitted to the practice of law in Ohio on November 16, 1987; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 19th day of July, 2016.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

Minerva B. Elizaga
*Senior Attorney Services Counsel*

# CERTIFICATE OF GOOD STANDING



*United States of America*

)ss. Marc Edward Dann

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court
for the Northern District of Illinois,

DO HEREBY CERTIFY That Marc Edward Dann
was duly admitted to practice in said Court on (10/15/2015)
and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/03/2016 )

Thomas G. Bruton , Clerk,

By:  David A. Jozwiak
Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

## CERTIFICATE OF
## GOOD STANDING

I, Richard W. Nagel, Clerk of this Court, certify that

**MARC EDWARD DANN,  BAR #0039425,**

was duly admitted to practice in this Court on

March 28, 2006

and is in good standing as a member of the Bar of this Court.

Dated at Columbus, Ohio on June 6, 2016.

RICHARD W. NAGEL, CLERK

By: Eduardo Rivera, Deputy Clerk

Ohoh
AO 136
(Rev. 10/98)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF OHIO

) ss.

I, GERI M. SMITH, Clerk of the United States Court for the Northern District of Ohio, **DO HEREBY**

**CERTIFY**, that **MARC E. DANN, 0039425,** was duly admitted to practice in said Court October 8, **1991** and

is in good standing as a member of the bar of said Court.

Dated at Cleveland, OH

on February 12, 2016

**GERI M. SMITH**
**Clerk of Court**

By:____s/Colleen Gallagher____
     **Deputy Clerk**




# United States District Court
## Northern District of Indiana

I, Robert N. Trgovich, Clerk of this United States District Court, do hereby certify that

# Marc Edward Dann

was duly admitted and qualified to practice as an Attorney in the District Court on the 29th day of August, 2016.

In testimony whereof, I hereunto set my hand and affix the seal of said Court, at my office in South Bend this 30th day of August, 2016.



Robert N. Trgovich
Clerk of Court

